**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| IQBAL SINGH DHILLON,<br><br>Petitioner,<br><br>v.<br><br>ERIC H. HOLDER Jr., Attorney General,<br><br>Respondent. | No. 07-70812<br><br>Agency No. A097-602-205<br><br>MEMORANDUM [*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted December 15, 2009 [**]

Before:    GOODWIN, WALLACE, and CLIFTON, Circuit Judges.

Iqbal Singh Dhillon, a native and citizen of India, petitions for review of the

Board of Immigration Appeals' order dismissing his appeal from an immigration

judge's decision denying his application for asylum, withholding of removal, and

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

protection under the Convention Against Torture ("CAT"). We have jurisdiction pursuant to 8 U.S.C. § 1252. We review for substantial evidence, *Husyev v. Mukasey*, 528 F.3d 1172, 1177 (9th Cir. 2008), and we deny the petition.

Substantial evidence supports the agency's adverse credibility determination because Dillion testified about ongoing police visits to his home but he omitted this information, without adequate explanation, from his otherwise detailed asylum application, *see Li v. Ashcroft*, 378 F.3d 959, 963 (9th Cir. 2004), and his testimony was inconsistent with his documentary evidence regarding the nature of his family's relationship with Simranjit Singh Mann, *see Goel v. Gonzales*, 490 F.3d 735, 739 (9th Cir. 2007) (inconsistencies between testimony and documentary evidence support an adverse credibility finding where inconsistencies go to the heart of the claim). In the absence of credible testimony, Dhillon's asylum and withholding of removal claims fail. *See Farah v. Ashcroft*, 348 F.3d 1153, 1156 (9th Cir. 2003).

Because Dhillon's CAT claim is based on the testimony the agency found not credible, and Dhillon points to no other evidence to show it is more likely than not he would be tortured if returned to India, his CAT claim fails. *See id*. at 1156-57.

**PETITION FOR REVIEW DENIED.**